# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3685 | **DATE** | 10/27/2009 |
| **CASE TITLE** | Akbar vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Pretrial conference held.  Defendants' supplemental motions *in limine* [135] are granted in part and denied in part.  Defendants' Motion *in limine* to videotape the deposition of offer John Botich is granted.  *See* Fed. R. Civ. P. 32(a)(3)(B).  Defendants' motion *in limine* to bar Dr. Ladipo and Dr. Jones from testifying at trial is denied without prejudice.  The parties will conduct *voir dire* consistent with supplemental *voir dire* provided by the court, with each side limited to one hour of questioning per side per group of prospective jurors.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | MW |
|---|---|---|